ANNA PEZHMAN, Appellant, v CITY OF NEW YORK et al., Respondents. [868 NYS2d 528]

Plaintiff's motion to strike defendants' answer was properly denied in light of her failure to submit an affirmation detailing the good faith efforts that were taken to resolve the discovery disputes (*see Chichilnisky v Trustees of Columbia Univ. in City of N.Y.*, 45 AD3d 393 [2007]; 22 NYCRR 202.7). Furthermore, plaintiff did not demonstrate that defendants' conduct during discovery was willful, contumacious or in bad faith (*see Palmenta v Columbia Univ.*, 266 AD2d 90, 91 [1999]) Concur—Andrias, J.P., Nardelli, Sweeny, DeGrasse and Freedman, JJ.